# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Greenland Contractors I/S ) ASBCA Nos. 61248, 61834
)
Under Contract No. FA2523-15-C-0002 )

APPEARANCES FOR THE APPELLANT: James J. McCullough, Esq.
Michael J. Anstett, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Kyle E. Gilbertson, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 6, 2020

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61248, 61834, Appeals of Greenland Contractors I/S , rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals